**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 17-22652-CIV-WILLIAMS**

DAVID M. RODRIGUEZ,

   Plaintiff,

vs.

THE PROCTER & GAMBLE COMPANY,

   Defendant.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾/

## <u>NOTICE</u>

  Pursuant to the Court's Order following the status conference held on April 26, 2021, Plaintiff David Rodriguez and Defendant The Procter & Gamble Company jointly notify the Court as follows.

1. The Parties have agreed to the major terms of a settlement and are working expeditiously to finalize a limited number of open issues and memorialize the terms in a memorandum of understanding, after which they will draft and execute a full settlement agreement.  To that end, the Parties propose the following schedule:

   - June 15, 2021:  The Parties shall finalize and exchange between them a memorandum of understanding setting forth the terms of their agreement.

   - July 14, 2021:  The Parties shall finalize and execute a full settlement agreement.

- July 30, 2021:  Plaintiff shall file with the Court a motion for preliminary approval of the settlement agreement.

2. Although the Parties have agreed to the major terms of a settlement, they understand that there remain a few terms that they must still agree upon; the Parties will continue to negotiate in good faith to reach a final settlement for the Court's approval.  In the unlikely event that they are unable to reach a final agreement, the Parties agree and commit to notify the Court immediately and will, as part of such notice, provide the Court with a joint proposed scheduling report for the remainder of the case.

Respectfully submitted,

CIMO MAZER MARK PLLC

By: */s/ Jason S. Mazer*
   Jason S. Mazer
   Florida Bar No. 0149871
   jmazer@cmmlawgroup.com
   100 SE 2nd Street, Suite 3650
   Miami, FL 33131-3650
   Telephone: (305) 374-6484
   Facsimile: (305) 374-6489

HUNTON ANDREWS KURTH LLP

By: */s/ Juan C. Enjamio*
   Juan C. Enjamio
    Florida Bar No. 571910
    jenjamio@huntonak.com
   Daniel J. Butler
    Florida Bar No. 111398
    dbutler@huntonak.com
   333 SE 2nd Avenue, Suite 2400
   Miami, FL  33131
   Tel: (305) 810-2500
   Fax: (305) 810-2460

*Counsel for Defendant*

OUTTEN & GOLDEN LLP
Patrick David Lopez
pdl@outtengolden.com
601 Massachusetts Avenue
Second Floor, West Suite
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile (202) 847-4410

Ossai Miazad
om@outtengolden.com
Nina Martinez
nmartinez@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

THE MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
Thomas A. Saenz
tsaenz@MALDEF.org
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (210) 224-5382

Nina Perales
nperales@MALDEF.org
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382

*Counsel for the Plaintiff
and Proposed Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will send notice of electronic filing to all counsel of record.

*/s/ Juan C. Enjamio*
Juan C. Enjamio

035559.0000031 EMF_US 84544866v1