IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | No. 17 Civ. 22652 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS REPRESENTATIVE AND COUNSEL, AND <u>APPROVAL OF PLAINTIFF'S PROPOSED NOTICE OF SETTLEMENT</u>**

Plaintiff David Rodriguez, on behalf of himself and those similarly situated, respectfully moves for the Court's preliminary approval of a proposed settlement with The Procter & Gamble Company ("Defendant"). For the reasons set forth in Plaintiff's accompanying Memorandum of Law, Plaintiff respectfully requests that the Court:

(1) grant preliminary approval of the Settlement Agreement, attached as Exhibit 1 to the Declaration of Ossai Miazad ("Miazad Decl.");

(2) conditionally certify the proposed settlement class, for settlement purposes only, under Federal Rule of Civil Procedure 23;

(3) appoint Plaintiff as Class Representative and Outten & Golden LLP, the Mexican American Legal Defense and Educational Fund, and Cimo Mazer Mark PLLC as Class Counsel; and

(4) approve the proposed Court-Authorized Notice and Claim Form, attached as Exhibit 2 to the Miazad Declaration, and authorize their distribution.

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that the undersigned has conferred with counsel for Defendant by electronic mail and telephone, and I am authorized to represent that Defendant does not oppose the relief requested in this Motion.

Dated: July 30, 2021

Respectfully submitted,

CIMO MAZER MARK PLLC

By: */s/ Jason S. Mazer*

Jason S. Mazer
Florida Bar No. 0149871
jmazer@cmmlawgroup.com
100 SE 2nd Street, Suite 3650
Miami, FL 33131-3650
Telephone: (305) 374-6484
Facsimile: (305) 374-6489

OUTTEN & GOLDEN LLP
Patrick David Lopez
pdl@outtengolden.com
601 Massachusetts Avenue
Second Floor, West Suite
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile (202) 847-4410

Ossai Miazad
om@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

THE MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
Thomas A. Saenz
tsaenz@MALDEF.org
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (210) 224-5382

Nina Perales
nperales@MALDEF.org
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382

*Counsel for the Plaintiff and Proposed Class*