UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-22652-CIV-WILLIAMS

DAVID M. RODRIGUEZ,

    Plaintiff,

vs.

THE PROCTER & GAMBLE COMPANY,

    Defendant.

_____/

## JOINT MOTION TO RESCHEDULE THE FINAL FAIRNESS HEARING

Plaintiff David Rodriguez and Defendant The Procter & Gamble Company jointly move the Court to reschedule the Final Fairness Hearing in this case from November 15, 2021 to a date on or after December 6, 2021. Grounds for this relief are set forth below:

1. On July 30, 2021, Plaintiff filed an Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of David Rodriguez as Class Representative and his Counsel as Class Counsel and Approval of Plaintiff's Proposed Notice of Settlement ("Plaintiff's Motion"). In the Motion, Plaintiff asked this Court to preliminarily approve a settlement class under Federal Rule of Civil Procedure 23(b)(2) and (b)(3). ECF No. 168-169.

2. On August 3, 2021, this Court entered an Order Granting Plaintiff's Motion ("Preliminary Approval Order") (ECF No. 171). As part of the Preliminary Approval Order, the Court authorized a notice and claim process wherein potential class members may submit a claim to receive a pro-rata portion of the settlement fund.

3. In the Preliminary Approval Order, this Court scheduled the Final Fairness Hearing for November 15, 2021, at 10:00 am. ECF No. 171, ¶ 8.

4. Because the Preliminary Approval Order also contemplates a class notice issuance date of September 15, 2021 (ECF No. 171, ¶ 11), the deadline for potential class members to submit a claim is the same day as the Final Fairness Hearing—November 15, 2021. *See* Class Action Settlement Agreement, ECF No. 170-1, Sec. 4.1(E) (explaining that claim forms must be postmarked no later than 60 days from the date the Settlement Administrator mailed such forms).

5. In addition, for class members who request an additional claim form within the last ten days of the acceptance period, the claim form deadline is extended by an additional five days. *Id.* Therefore, such individuals would have until November 20, 2021 to postmark their claim forms—five days after the Fairness Hearing.

6. Therefore, based on the current schedule, it is likely that not all verified claim forms would by submitted before the November 15, 2021 Fairness Hearing.

7. Because the last acceptable date to postmark a claim form is November 20, 2021, days before the Thanksgiving holiday, the parties believe that a fairness hearing date on or after December 6, 2021 will allow the settlement administrator and the parties the additional time needed to present all of the relevant information to the Court.

8. The additional time will also allow Plaintiff to file a Motion for Final Approval of the Agreement after the conclusion of the acceptance period and before the Fairness Hearing. Plaintiff proposes December 1, 2021 to file the Motion for Final Approval.

9. The Parties jointly file this motion in good faith and not for purposes of delay. The requested relief will not prejudice the parties, nor potential class members. Instead, it will allow this Court to make a more informed decision at the Final Fairness Hearing.

WHEREFORE, the Parties jointly request that: the deadline for Plaintiff to file a Motion for Final Approval be set for December 1, 2021; and that the Final Fairness Hearing be rescheduled

for a date on or after December, 6, 2021.


Respectfully submitted,

| | |
|---|---|
| CIMO MAZER MARK PLLC | HUNTON ANDREWS KURTH, LLP |
| By: */s/ Jason S. Mazer* <br>    Jason S. Mazer <br>    Florida Bar No. 0149871 <br>    jmazer@cmmlawgroup.com <br>    100 SE 2nd Street, Suite 3650 <br>    Miami, FL 33131-3650 <br>    Telephone: (305) 374-6484 <br>    Facsimile: (305) 374-6489 | By: */s/ Juan C. Enjamio* <br>    Juan C. Enjamio <br>     Florida Bar No. 571910 <br>     jenjamio@huntonak.com <br>    Daniel J. Butler <br>     Florida Bar No. 111398 <br>     dbutler@huntonak.com <br>    333 SE 2nd Avenue, Suite 2400 <br>    Miami, Florida  33131 <br>    Tel: (305) 810-2500 <br>    Fax: (305) 810-2460 <br> <br>    *Counsel for Defendant* |

OUTTEN & GOLDEN LLP
Patrick David Lopez
pdl@outtengolden.com
601 Massachusetts Avenue
Second Floor, West Suite
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile (202) 847-4410

Ossai Miazad
om@outtengolden.com
Nina Martinez
nmartinez@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

THE MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
Thomas A. Saenz
tsaenz@MALDEF.org
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (210) 224-5382

Nina Perales
nperales@MALDEF.org
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382

*Counsel for the Plaintiff
and Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will send notice of electronic filing to all counsel of record.

>                                        */s/ Juan C. Enjamio*
>                                        Juan C. Enjamio