IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br>       v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>                            Defendant. | No. 17 Civ. 22652 |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiff David Rodriguez, on behalf of himself and those similarly situated, respectfully moves for the Court's final approval of a proposed settlement with The Procter & Gamble Company ("Defendant"). For the reasons set forth in Plaintiff's accompanying Memorandum of Law, Plaintiff respectfully requests that the Court enter an order:

(1) granting the Motion for Final Approval of Class Action Settlement and Certification of the Settlement Class, and incorporating by reference all the terms, conditions, and obligations set forth in the Settlement Agreement attached as Exhibit 1 to the Declaration of Ossai Miazad ("Miazad Decl.");

(2) ordering the Settlement Administrator to distribute the settlement funds in accordance with the terms of the Settlement Agreement;

(3) retaining jurisdiction of this action in order to enter such further orders as may be necessary or appropriate in administering and implementing the terms and provisions of the Settlement Agreement;

(4) dismissing this action with prejudice upon the Effective Date of the Settlement; and

(5) granting any other relief that the Court deems just and proper.

A Proposed Order is attached as Exhibit 2 to the Miazad Declaration filed with this motion.

## CERTIFICATION OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that the undersigned has conferred with counsel for Defendant by electronic mail and telephone, and I am authorized to represent that Defendant does not oppose the relief requested in this Motion.

Respectfully submitted,

CIMO MAZER MARK PLLC

By: /s/ *Jason S. Mazer*

Jason S. Mazer
Florida Bar No. 0149871
jmazer@cmmlawgroup.com
100 SE 2nd Street, Suite 3650
Miami, FL 33131-3650
Telephone: (305) 374-6484
Facsimile: (305) 374-6489

OUTTEN & GOLDEN LLP
Patrick David Lopez
pdl@outtengolden.com
601 Massachusetts Avenue
Second Floor, West Suite
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile (202) 847-4410

Ossai Miazad
om@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

THE MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
Thomas A. Saenz
tsaenz@MALDEF.org
634 S. Spring Street, 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (210) 224-5382

                              Nina Perales
                              nperales@MALDEF.org
                              110 Broadway, Suite 300
                              San Antonio, TX 78205
                              Telephone: (210) 224-5476
                              Facsimile: (210) 224-5382

                              *Counsel for the Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2021, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF filing system, which will send notice of electronic filing to all counsel of record on the Service List below.

                              */s/ Jason S. Mazer*
                              Jason S. Mazer

## SERVICE LIST

Juan C. Enjamio, Esq.
Hunton Andrews Kurth LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
jenjamio@huntonak.com